CITY OF STEUBENVILLE, APPELLANT, *v.* PUBLIC UTILITIES
COMMISSION OF OHIO ET AL., APPELLEES.
CITY OF WHITEHALL, APPELLANT, *v.* PUBLIC UTILITIES
COMMISSION OF OHIO ET AL., APPELLEES.

(Nos. 75-491 and 75-492—Decided December 3, 1975.)

*Messrs. Muldoon, Pemberton & Ferris, Mr. David L.
Pemberton, Mr. John J. Mascio,* city solicitor, and *Mr.
James M. Toomey,* city attorney, for appellants.

*Mr. William J. Brown,* attorney general, *Ms. Cheryl K. Hachman* and *Mr. Charles S. Rawlings,* for appellee Public Utilities Commission.

*Mr. James L. Fullin* and *Mr. Roger C. Post,* for intervening appellee Columbia Gas of Ohio, Inc.

*Per Curiam.* Upon a review of the record herein, this court finds that there was sufficient evidence before the commission to support its orders. See *Cleveland Electric Illuminating Co.* v. *Pub. Util. Comm.* (1975), 42 Ohio St. 2d 403, paragraphs four and eight of the syllabus.

Therefore, the orders of the commission, being reasonable and lawful, are affirmed.

*Orders affirmed.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur.